# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158563(60)(64)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RYAN MENARD, by his conservator, SHELLY
MENARD,
           Plaintiff-Appellant,

v                                                           SC: 158563
                                                            COA: 336220
                                                            Macomb CC: 2014-003145-NI
TERRY R. IMIG and SHARRYL ANN
EVERSON,
           Defendants
and

MACOMB COUNTY DEPARTMENT OF
ROADS and COUNTY OF MACOMB,
           Defendants-Appellees.
_____/

        On order of the Chief Justice, the motion of defendants-appellees to extend the time
for filing their answer to the application for leave to appeal is GRANTED.  The answer
submitted on March 28, 2019, is accepted as timely filed.  On further order of the Chief
Justice, the motion of plaintiff-appellant to extend the time for filing a reply is GRANTED.
The reply submitted on May 6, 2019, is accepted as timely filed.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2019

Clerk